We remanded this case to the circuit court to conduct a hearing in accordance with Batson v. Kentucky, 476 U.S. 79,106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), and Ex parte Branch,526 So.2d 609 (Ala. 1987). The circuit court concluded that the case was due to be retried and entered an order setting aside the conviction and ordered a new trial. The new trial order renders this issue moot.
The other issue presented in this case addressed the sufficiency of the evidence, alleging an insufficient proof of chain of custody. We decline to address this issue, because the evidence may be different upon a retrial of the case.
Accordingly, this appeal is moot and it is hereby dismissed.
OPINION EXTENDED; APPEAL DISMISSED.
All the Judges concur.